VAN FLEET, Respondent, v. NEW ERA CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Wilbur Van Fleet against the New Era Construction Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

VARGA, Respondent, v. VARGA, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Joseph Varga against Ludmila Varga. A. Foulds, for appellant. F. Hemley, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

VITOLO v. LEVISON et al. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Giacchino Vitolo against Isaac Levison and John De Mark, as administrator, etc., of Frank De Mark, deceased. No opinion. Judgment of the Municipal Court affirmed, with costs; but such court cannot render judgment for the foreclosure and sale. See subdivision 11, § 1, Municipal Court Act (Laws 1902, p. 1488, c. 580).

---

WAGNER, Respondent, v. WAGNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) Action by Frank Wagner against Bessie Wagner. No opinion. Interlocutory and final judgments reversed, and new trial ordered upon questions of law and fact, with costs of this appeal to appellant.

---

WALL v. NEW YORK EDISON CO. et al. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by John Wall against the New York Edison Company, and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

WARFIELD, Appellant, v. SCHUYLER, Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Sanford H. Warfield, as administrator, etc., against Smith Schuyler. No opinion. Judgment unanimously affirmed, with costs.

---

WASHINGTON LIFE INS. CO., Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by the Washington Life Insurance Company against Blair T. Scott. A. L. Davis, for appellant. H. A. Rubino, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 119 App. Div. 847, 104 N. Y. Supp. 898; 57 Misc. Rep. 492, 110 N. Y. Supp. 49.

---

WATERFORD ELECTRIC LIGHT, HEAT & POWER CO., Appellant, v. REED et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by the Waterford Electric Light, Heat & Power Company against Kate E. Reed and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 47 Misc. Rep. 406, 94 N. Y. Supp. 551.

---

WEBB v. SECURITY MORTGAGE CO. (Supreme Court, Appellate Division, First Department. November 13, 1908.) Action by John Webb against the Security Mortgage Company. No opinion. Motion granted, with $10 costs. Order filed.

---

WEILL, Respondent, v. WEIR, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Raphael Weill against Levi C. Weir, as president of the Adams Express Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

---

WEISS, Appellant, v. ROSENTHAL et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Isaac Weiss against Levi M. Rosenthal and another. No opinion. Order of the Municipal Court affirmed, with costs.

---

WELZ & ZERWECK, Appellant, v. MARTINO et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Welz & Zerweck, a corporation, against Vincenzo Martino and another. No opinion. Judgment affirmed, with costs.

---

WESSEL, Appellant, v. SAKMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Charles G. Wessel against Rosa Sakmann and another. No opinion. Motion denied.

---

WEY, Appellant, v. TROWBRIDGE & NIVER CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Hamilton Dox Wey against the Trowbridge & Niver Company. No opinion. Judgment modified, by striking therefrom the words "on the merits," and, as so modified, affirmed, without costs.

---

WHITE, Respondent, v. MURPHY, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Mary White against Daniel Murphy. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

WILLIAM GARDAM & SON, Respondents, v. BATTERSON, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by William Gardam & Son against James G. Batterson. F. P. Ufford, for appellant. T. D. Kenneson, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.